# 892 CASES REPORTED WITH BRIEF SYLLABI.

STUART ROBSON, Appellant, v. WINCHELL SMITH and Another, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ERNEST H. GRUENING, Appellant, v. THE TRIBUNE ASSOCIATION (Corporate Name Changed, etc.), Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DAVID ROBERTSON, Respondent, v. THE FEDERAL X-RAY CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EVA K. CONLON, Appellant, v. MARY ANN KELLY and Others, Impleaded with EDWARD B. HOSIER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAM AGROW, Respondent, v. HAROLD EDDY JOHNSTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARIE KRUTIAKOFF, Respondent, v. BORIS M. KRUTIAKOFF, Appellant.— Order modified by striking out provision for alimony, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY T. SHELDON, Respondent, v. JAMES H. REID and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DAVID MACKENZIE, Respondent, v. GABRIEL A. BOBRICK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM OLECK, Respondent, v. ALEXANDER H. DEBSKI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FILOMENA RICCARDI, as Administratrix, etc., of FRANCISCO RICCARDI, Deceased, Respondent, v. HERMAN STURCKE, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JOSEPH KANNER, an Infant, by ISAAC KANNER, His Guardian ad Litem, Respondent, v. THE F. & M. SCHAEFER BREWING COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.